PALMER REPORTING SERVICES  
1948 Diamond Oak Way  
Manteca, California 95336-9124  
(209) 825-9154, voice/message  
(209) 825-6216, fax  
PalmerRptg@AOL.com

# INVOICE

No.: __BR 1071788.3__  
Date: __March 8, 2013__  
(via mail)

**PAID**

Invoice to:  Lincoln Law Center LLC  
Jean Stoddard  
921 W. Center Street  
Orem, Utah 84057  
801-701-8087

Transcript to:  jms@LincolnLaw.com

In the matter of:  __Case 10-71788; Adv. 11-04008 Heritage Pacific Financial v. Montano__  
Order received: __Feb. 1, 2013__       Type of order: __O&1 ordinary turnaround__  
Order shipped on: __March 5, 2012__    Shipped via: __email__

| Items ordered | # of items | item rate | amt prepaid | Subtotal |
|---|---|---|---|---|
| pdf file of the transcript of hearing heard by Judge Lafferty of Oct. 24, 2012 on the motion for fees: | 34 pp | $ 3.65 | | $ 124.10 |
| Deposits received: Check # 1187 received Feb. 1: | | | $ 132.40 | |
| | | | balance: | <8.30> |
| Refund enclosed for $ 8.30 check no. __6321__ | | | | |
| | | | Invoice total: | 0.00 |

Thank you for your order and deposit.  
(Check number 1185 was also received, for $10.00, and it is attached to this invoice marked void.)

From:  USBC, Northern District of California  
Clerk's Office  
Todd Leyba, 510-899-3570  
1300 Clay Street, Third Floor  
Oakland, California 94612

c:\w\br\1071788.3  
ecf_____