USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See "Instructions for Service of Process by U.S. Marshal" |
|---|---|

| PLAINTIFF<br>Jesus Edgar Montano | COURT CASE NUMBER<br>4:13-mc-00010 |
|---|---|
| DEFENDANT<br>Heritage Pacific Financial, LLC | TYPE OF PROCESS<br>Writ of Execution--Garnishment |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
J.P. Morgan Chase Bank--CT Corporation (Registered Agent)
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
350 N. St. Paul Street, Suite 2900, Dallas, Texas 75201-4234

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Tessa Meyer Santiago
921 W. Center Street
Orem, UT 84057

| Number of process to be served with this Form 285 | 1 |
|---|---|
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | NA |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

According to state law, this writ must be served on the registered agent of the bank. The agent must accept service.

Please call Tessa Meyer Santiago, 801-953-5299, if you have any other questions.

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 801-953-5299
DATE: 7/25/13

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>*(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process<br>2 | District of Origin<br>No. 78 | District to Serve<br>No. 77 | Signature of Authorized USMS Deputy or Clerk | Date<br>8/8/13<br>07/31 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*
Tracie Hollywood

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*

Date: 08/08/13   Time: 0840 ☒ am ☐ pm

Signature of U.S. Marshal or Deputy

| Service Fee<br>$55.00 | Total Mileage Charges including *endeavors*<br>$0.00 | Forwarding Fee<br>8.00 F.T* | Total Charges<br>$63.00 | Advance Deposits<br>N/T 55.00 | Amount owed to U.S. Marshal* or (Amount of Refund*)<br>$0.00 |
|---|---|---|---|---|---|

REMARKS: Pers. svc. to Tracie Hollywood of CT Corp.

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

# RETURN

Date Received          Date of Execution of Writ

08/06/2013             08/08/2013

**This writ was received and executed.**

U.S. MARSHAL                (BY) DEPUTY MARSHAL

_R. Ely_                    _[signature]_

Heritage Pacific v. Montano, Case 4:13-mc-00010, Writ of Execution